In the Matter of the Probate of the Will of CHRISTINA BRAUNE, Deceased. ARTHUR G. MUSKOPF et al., Appellants. EDWIN C. MUSKOPF, Respondent.

Submitted July 2, 1947; decided July 2, 1947.

*Charles J. Wick* for motion.
*Abraham Wittman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.